# FINANCIAL DISCLOSURE REPORT
## FINAL FILING

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| | | |
|---|---|---|
| **1. Person Reporting** (last name, first, middle initial)<br><br>Davis, Leonard E. | **2. Court or Organization**<br><br>Eastern District of Texas | **3. Date of Report**<br><br>05/21/2015 |
| **4. Title** (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U. S. District Judge (Retired May 15, 2015) | **5a. Report Type** (check appropriate type)<br><br>☐ Nomination ☐ Date<br>☐ Initial ☐ Annual ☑ Final<br><br>**5b.** ☐ Amended Report | **6. Reporting Period**<br><br>01/01/2014<br>to<br>05/15/2015 |
| **7. Chambers or Office Address**<br><br>211 West Ferguson Street<br>Tyler, TC 76702 | | |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 3/19/2015 | Agreement with Fish and Ricahardson, P.C. for post-judicial employment starting May 18, 2015 after retirement from the court on May 15, 2015. See Part VIII. |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Davis, Leonard E. | 05/21/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2014-15 | State of Texas - Twelfth Court of Appeals - Salary 01/01/14 until Retirement on 03/31/2015 |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | George Washington University School of Law | January 20-21, 2014 | Washington, D.C. | Judging Moot court Competition | Transportation, Hotel, Meals |
| 2. | State Bar of Texas CLE Arbitration Program | January 30, 2014 | Dallas, TX | Arbitration Seminar and CLE | Transportation |
| 3. | Northern District Calif Bar Assoc Practice Program | February 10-11, 2014 | San Francisco, CA | Intellectual Property Seminar and Roundtable CLE | Transportation, Hotel, Meals |
| 4. | University of Southern California | March 16-19, 2014 | Los Angeles, CA | Intellectual Property Seminar and CLE | Transportation, Hotel, Meals |

| Name of Person Reporting | Date of Report |
|---|---|
| Davis, Leonard E. | 05/21/2015 |

| 5. | New York Intellectual Property Law Association | March 28-29, 2014 | New York, NY | Annual NYIPLA Dinner Honoring the Federal Judiciary | Transportation, Hotel, Meals |
|---|---|---|---|---|---|
| 6. | The Sedona Conference | April 9-12, 2014 | San Francisco, CA | Sedona Conference Working Group 10 Conference | Transportation, Hotel, Meals |
| 7. | American Conference Institute | April 28-29, 2014 | New York, NY | Intellectual Property Seminar and CLE | Transportation, Hotel, Meals |
| 8. | George Washington University School of Law | May 5-6, 2014 | Washington, DC | GW Law IP Symposium and CLE | Transportation, Hotel, Meals |
| 9. | Delaware Federal Bar Association | May 12-14, 2014 | Wilmington, DE | Delaware Federal Bar Assoc IP Seminar and CLE | Transportatioon, Hotel, Meals |
| 10. | Colorado Bar Association | May 28-29, 2014 | Denver, CO | Colorado Bar Association IP Seminar and CLE | Transportation, Hotel, meals |
| 11. | Federal Circuit Bar Association | June 18-21, 2014 | Ashville, NC | Federal Circuit Bar Association Annual Meeting, Seminar and CLE | Transportation, Hotel, Meals |
| 12. | Widner University School of Law | September 29-30, 2014 | Wilmington, DE | Widner Univ School of law Dupont IP CLE | Transportation, Hotel, Meals |
| 13. | American Board of Trial Advocates | December 12-13, 2014 | Lufkin, TX | Annual Meeting and Dinner and new member Oaths | Transportation, Hotel, Meals |
| 14. | Houston IP Inn of Courts | March 5, 2015 | Houston, TX | Houston IP Inn of Courts Awards Dinner and CLE | Transportation, Hotel, Meals |
| 15. | University of Texas School of Law / USPTO | March 12-13, 2015 | Washington, DC | University of Texas School of Law / USPTO Seminar and CLE | Transportation, Hotel, Meals |
| 16. | New York Intellectual Property Law Association | March 27-28, 2015 | New York, NY | Annual NYIPLA Dinner Honoring the Federal Judiciary | Transportation, Hotel, Meals |
| 17. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Davis, Leonard E.** | 05/21/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Davis, Leonard E. | 05/21/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Bank of America Accounts | A | Interest | J | T | | | | | |
| 2. Farm - Smith County Texas | | None | O | W | | | | | |
| 3. Mineral Rights, Vermillion Lands Trust, Canada | | None | J | W | | | | | |
| 4. Royalty, Lynx Energy, Smith County, Texas | | None | J | W | | | | | |
| 5. Royalty, Sunoco, Smith County, Texas | A | Royalty | J | W | | | | | |
| 6. Royalty, BP Amoco Production Co.; LeFlore County, OK | D | Royalty | K | W | | | | | |
| 7. Working Interest, Jandar Exploration, Inc., Texas | B | Distribution | J | W | | | | | |
| 8. Working Interest, Hopewell Operating, Texas | A | Distribution | J | W | | | | | |
| 9. Working Interest, Lancer Petroleum Texas See Part VIII | A | Distribution | J | W | | | | | |
| 10. Working Interest, EXCO Operating Co See Part VIII | A | Distribution | J | W | | | | | |
| 11. Vanguard Life Strategy Fund See Part VIII | B | Dividend | L | T | | | | | |
| 12. Vanguard Prime Money Mkt Fund See Part VIII | A | Dividend | J | T | | | | | |
| 13. ▨s State Retirement Defined Benefit Plan | | None | K | T | | | | | |
| 14. Vanguard Wellington - ▨ 401K | A | Dividend | J | T | | | | | |
| 15. Davis NY Venture Fund - ▨ 401K | A | Dividend | J | T | | | | | |
| 16. Vanguard Growth Index Fund - ▨ 401K | A | Dividend | J | T | | | | | |
| 17. First Eagle fund of America - ▨ 401K | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Davis, Leonard E. | 05/21/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐    NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.   Fidelity Diversified Intl Fund ▮▮▮ 401K | A | Dividend | J | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Davis, Leonard E. | 05/21/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part II. Agreements - Please note that I fully complied with Section 17(b) of the STOCK ACT by filing with the Administrative Office my Statement Regarding Agreement for Post-Judicial Employment with Fish & Richardson, P.C. on March 20, 2015 and my Statement Regarding Negotiation For Post-Judicial Employment with Fish & Richardson, P.C. and Notice of Recusal Regarding Post-Judicial Employment with Fish & Richardson, P.C. on January 15, 2015.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Leonard E. Davis**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544